In re MEGROZ et al.

(Circuit Court, S. D. New York. June 13, 1892.)

CUSTOMS DUTIES—CLASSIFICATION—SILK AND COTTON VELVETS—SELVEDGES.
Silk and cotton velvets imported subsequent to October 6, 1890, are dutiable on the weight of the goods, including the selvedges, under paragraph 411 of the tariff act of October 1, 1890.

At Law. Application for review by the importers of a decision of the Board of United States general appraisers under the provisions of section 15 of the customs administrative act of June 10, 1890, as to the rate and amount of duty on certain silk and cotton velvets imported by them October 30, 1890. The collector of the port of New York assessed the merchandise for duty on the weight of the goods, including the selvedges, under paragraph 411 of schedule L of the tariff act of October 1, 1890, at $1.50 per pound and 15 per cent. ad valorem. The paragraph under consideration is as follows:
"411. Velvets, plushes, or other pile fabrics, containing, exclusive of selvedges, less than seventy-five per centum in weight of silk, one dollar and fifty cents per pound and fifteen per cent. ad valorem; containing, exclusive of selvedges, seventy-five per centum or more in weight of silk, three dollars and fifty cents per pound and fifteen per centum ad valorem; but in no case shall any of the foregoing articles pay a less rate of duty than fifty per centum ad valorem."
The importers protested on the ground that, in determining the number of pounds upon which the duties were assessed, the dutiable weight consisted only of the weight of the goods, exclusive of the selvedges. The board of United States general appraisers, in their decision of the case, found, among other things, as findings of fact:
"(2) That said velvets were composed of silk and cotton, and contained, excluding the selvedges, less than 75 per cent. in weight of silk; (3) that said velvets were pile fabrics woven with plain selvedges, which were integral portions of said fabrics; (4) and the specific or pound duty was levied upon the weight of the entire fabric."
As conclusion of law the board found that the duty was properly assessed according to the above findings of fact. The importers appealed, according to law, to the circuit court.

Curie, Smith & Mackie, (W. Wickham Smith, of counsel,) for importers.

Edward Mitchell, U. S. Atty., and James T. Van Rensselaer, Asst. U. S. Atty.

After argument, the circuit court, LACOMBE, Circuit Judge, affirmed the decision of the board of United States general appraisers without delivering any opinion.